AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ANTHONY W. SOTIN,

        Plaintiff,

        v.

SPOKANE POLICE DEPT., OFFICER WORKMAN, OFFICER RYAN SNIDER, OFFICER JOHN DOES 1-3,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-246-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment of Dismisal Without Prejudice is entered. File is closed.

| | |
|---|---|
| October 22, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Shirley Peters |
| | *(By) Deputy Clerk* |
| | Shirley Peters |